IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **USMAN MALIK MANSOOR,** § | | |
| **# A 95319915,** § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| v. § | Civil Action No. **3:06-CV-2282-L** | |
| § | | |
| **UNITED STATES OF AMERICA,** § | | |
| § | | |
| Respondent. § | | |

### ORDER

This is an "Emergency Petition" brought by Petitioner for his release from custody, which the Clerk of Court's office treated as an action under 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(b) and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On December 12, 2006, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed. After making an independent review of all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the court determines that the magistrate judge's findings and conclusions are correct. They are therefore **accepted** as those of the court. Accordingly, Mansoor's "Emergency Petition" is hereby **dismissed for lack of jurisdiction**.

Order – Page 1

**It is so ordered** this 27th day of December, 2006.

Sam A. Lindsay
United States District Judge